

# NUMBER 13-25-00021-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

REGINA ELVIRA DIAZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

This case is before the Court on its own motion. On January 10, 2025, appellant filed a notice of appeal attempting to appeal an order continuing her on community supervision. We dismiss the appeal for want of jurisdiction.

On January 16, 2025, the Clerk of the Court notified appellant that the order she was attempting to appeal was not appealable and provided thirty days to cure the defect,

if it could be done. On February 20, 2025, the Clerk of the Court again notified appellant that the order she was attempting to appeal was not appealable. On March 10, 2025, appellant's counsel responded to the notice agreeing and concluding that the appellant does not have a right to appeal the finding of the trial court.

The right to appeal is conferred by the legislature, and a party may appeal only that which the legislature has authorized. *Marin v. State*, 851 S.W.2d 275, 278 (Tex. Crim. App. 1993). Furthermore, case law has long held that an order modifying or refusing to modify probation is not subject to appeal. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Perez v. State*, 938 S.W.2d 761, 762–63 (Tex. App.—Austin 1997, pet. ref'd); *Eaden v. State*, 901 S.W.2d 535, 536 (Tex. App.—El Paso 1995, no pet.). There is no record of an order revoking community supervision, adjudicating appellant's guilt, or assessing a jail or prison sentence; therefore, we do not have jurisdiction.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
17th day of April, 2025.